[Nos. 23150-6-II; 23421-1-II.  Division Two.  February 25, 2000.]

THE CITY OF BREMERTON, *Respondent*, v. WILLIAM SESKO, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Kitsap County, Nos. 97-2-01748-5 and 97-2-01749-3, M. Karlynn Haberly and Jay B. Roof, JJ., entered March 9 and May 18, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ. Now published at 100 Wn. App. 158.

[No. 23427-1-II.  Division Two.  February 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSTY RAY ALLEN KAUFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00270-8, James E. Warme, J., entered July 21, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 23773-3-II.  Division Two.  February 25, 2000.]

UNITED ERECTORS, INC., *Appellant*, v. SDL CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-06761-6, Sergio Armijo, J., entered August 21, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 23882-9-II.  Division Two.  February 25, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. SEAN BIRNEL, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-00431-1, John Arthur McCarthy, J., entered October 16, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Armstrong, J.